# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| FLOYD'S CHIPMILL, INC. | PLAINTIFF |
| VS. | NO. 5:09CV275 JMM |
| INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY | DEFENDANT/THIRD PARTY PLAINTIFF |
| VS. | |
| STEPHEN GLENN, INDIVIDUALLY, STEPHEN GLENN & ASSOCIATES, INC., and SOUTHWEST INSURANCE CENTER CORP., d/b/a INSURANCE CENTER, INC. | THIRD PARTY DEFENDANT |

## ORDER

Pending is the motion to compel filed on behalf of Defendant/Third Party Plaintiff, Indiana Lumbermens Mutual Insurance Company ("ILM"). (Docket # 18). Plaintiff has responded and ILM has filed a reply. For good cause shown, the Court finds and orders as follows:

    Interrogatory No. 8 and Request for Production No. 9. ILM's motion to compel is denied.

    Interrogatory No. 9 and Request for Production No. 10. Plaintiff is directed to provide a more full and complete response to these requests.

    Interrogatory No. 12 and Request for Production No. 13. Plaintiff's responses to these requests are adequate. ILM's motion to compel is denied.

    Interrogatory No. 13 and Request for Production No. 14. Plaintiff's responses to these requests are adequate. ILM's motion to compel is denied.

Accordingly, the motion to compel is GRANTED IN PART AND DENIED IN PART as stated herein.

IT IS SO ORDERED this 13th day of May, 2010.

_____
James M. Moody
United States District Judge