IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| FLOYD'S CHIPMILL, INC. | PLAINTIFF |
| VS. | NO.  5:09CV275 JMM |
| INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY | DEFENDANT/THIRD PARTY PLAINTIFF |
| VS. | |
| STEPHEN GLENN, INDIVIDUALLY, STEPHEN GLENN & ASSOCIATES, INC., and SOUTHWEST INSURANCE CENTER CORP., d/b/a INSURANCE CENTER, INC. | THIRD PARTY DEFENDANT |

## ORDER

Pending is the Plaintiff's motion to compel.  (Docket # 26).  Defendant/Third Party Plaintiff, Indiana Lumbermens Mutual Insurance Company ("ILM") has filed a response and Plaintiff has filed a reply.  Following argument by counsel during the hearing held July 23, 2010, the Court finds and orders as follows:

Interrogatory No. 8.  Plaintiff's motion to compel is granted.

Interrogatory No. 9.  Plaintiff's motion to compel is denied.

Interrogatory No. 13.  Plaintiff's motion to compel is granted.

Interrogatory No. 14.  Plaintiff's motion to compel is granted.

Interrogatory No. 15.  Plaintiff's motion to compel is granted.

Interrogatory No. 16.  Plaintiff's motion to compel is granted.

Interrogatory No. 18.  Plaintiff's motion to compel is granted with regard to defense counsel, Gill Rogers' communications.  Plaintiff's motion is denied as to communications with Mr. Strauss.

Interrogatory No. 20.  Plaintiff's motion to compel is granted.

Interrogatory No. 24.  Plaintiff's motion to compel is granted.

Request for Production No. 24.  Plaintiff's motion to compel is granted.

Request for Production No. 25.  Plaintiff's motion to compel is granted.

Request for Production No. 26.  Plaintiff's motion to compel is granted.

Request for Production No. 27.  Plaintiff's motion to compel is denied.

Request for Production No. 28.  Plaintiff's motion to compel is denied.

Request for Production No. 29.  Plaintiff's motion to compel is denied.

Request for Production No. 30.  Plaintiff's motion to compel is denied.

Request for Production No. 31.  Plaintiff's motion to compel is granted.

Request for Production No. 32.  Plaintiff's motion to compel is denied.

Request for Production No. 33.  Plaintiff's motion to compel is denied.

Request for Production No. 34.  Plaintiff's motion to compel is granted.

Request for Production No. 35.  Plaintiff's motion to compel is denied.

Accordingly, the motion to compel is GRANTED IN PART AND DENIED IN PART as stated herein.  ILM is directed to provide updated responses to Plaintiff's discovery requests on or before August 18, 2010.  To the extent the information produced contains proprietary information or trade secrets, the parties are directed to provide an agreed protective order to the Court.

IT IS SO ORDERED this 26th day of July, 2010.

_____
James M. Moody
United States District Judge