IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FLOYD'S CHIPMILL, INC.                                                    PLAINTIFF

vs.                CASE NO. 5:09cv00275 JMM

INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY, et al      DEFENDANTS

ORDER

Based on correspondence received from counsel, the order referring this case for a settlement conference (DE #51) is withdrawn.

The settlement conference scheduled October 14, 2010 before Magistrate Judge Jerome T. Kearney is canceled.

IT IS SO ORDERED this 1st day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE